IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRANSAMERICA ADVISORS LIFE INSURANCE COMPANY | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No.: 1:11-cv-6946 |
| SHARYL ROSS, Individually and as Executor of the Estate of Alan G. Ross; JEFFREY & JEREMY ROSS INSURANCE TRUST DATED 05-19-86, Trustee Unknown; JEFFREY ROSS; and JEREMY ROSS | ) ) ) ) ) ) | Hon. George W. Lindberg |
| Defendants. | ) | |

**TRANSAMERICA'S MOTION FOR FINAL JUDGMENT ORDER IN INTERPLEADER**

Plaintiff Transamerica Advisors Life Insurance Company ("Transamerica"), by its attorneys, Elizabeth G. Doolin, Georgia L. Joyce, and Chittenden, Murday & Novotny LLC, for its Motion For Final Judgment Order In Interpleader, states as follows:

1. On October 3, 2011, Transamerica filed its Complaint for Interpleader (Doc. 1) pursuant to 28 U.S.C. §§ 1335, 1397, and 2361 to resolve competing claims to the benefits payable under the terms of a Modified Single Premium Variable Life Insurance Policy, Policy No. LD0042424 (the "Policy"), which insured the life of Alan G. Ross ("Alan Ross"), deceased.

2. On November 3, 2011, Defendant Sharyl Ross' attorney filed an Appearance (Doc. 9) and Answer (Doc. 10).

3. On December 2, 2011, this Court granted Transamerica's Motion for Restraining Order (Doc. 14) and entered an Order (Doc. 19) restraining and enjoining Defendants, or any entity claiming through them, or any of them, or any individual bringing suit on their behalf, or on behalf of any of them, from commencing or prosecuting any proceeding against Transamerica

in any state or federal court or other forum with respect to the benefits payable under the terms of the Policy, which insured the life of Alan Ross.

4. On December 2, 2011, this Court also granted Transamerica's Motion for Clerk's Entry of Default (Doc. 16) and directed the Clerk of this Court to enter a default against Defendants Jeffrey & Jeremy Ross Insurance Trust Dated 05-19-86, Trustee Unknown; Jeffrey Ross; and Jeremy Ross, none of whom have filed an appearance in this case, pursuant to Fed. R. Civ. P. 55(a), which the Clerk of Court entered (Doc. 21) on December 2, 2011.

5. Transamerica served a copy of the Motion for Clerk's Entry of Default on each Defendant on December 2, 2011 by U.S. Mail, addressed to each respective Defendant at the same address at which each Defendant was served with the Summons and Complaint, pursuant to Fed. R. Civ. P. 4(e)(2)(A) and 28 U.S.C. § 2361.

6. On December 5, 2011, Transamerica filed its Motion for Leave to Deposit Its Admitted Liability (Doc. 23), which seeks an order granting it leave to deposit its admitted liability in the total sum of $71,300.04, plus accrued interest, if any, representing the benefits payable under the terms of the Policy, into an interest-bearing account subject to further order of this Court indicating as to whom among the Defendants the admitted liability should be distributed.

7. This Court has jurisdiction over the subject matter of this cause and over the parties.

8. Transamerica has done all that is required by law to perfect its interpleader action.

9. Transamerica has properly served a copy of this Motion For Final Judgment Order In Interpleader on the Defendants.

10. Transamerica submits its proposed Final Judgment Order In Interpleader herewith via e-mail in accordance with this Court's case management procedure.

**WHEREFORE,** Transamerica Advisors Life Insurance Company respectfully requests this Court enter an Order:

a. Entering judgment in favor of Transamerica Advisors Life Insurance Company and against Defendants Sharyl Ross, Individually and as Executor of the Estate of Alan G. Ross; Jeffrey & Jeremy Ross Insurance Trust Dated 05-19-86, Trustee Unknown; Jeffrey Ross; and Jeremy Ross on the Complaint for Interpleader;

b. Releasing and discharging Transamerica Advisors Life Insurance Company, its successors, assigns, representatives, agents, attorneys, and all of its affiliated companies, including officers, directors, and employees from any and all liability to Defendants Sharyl Ross, Individually and as Executor of the Estate of Alan G. Ross; Jeffrey & Jeremy Ross Insurance Trust Dated 05-19-86, Trustee Unknown; Jeffrey Ross; and Jeremy Ross, or any person or entity claiming through them;

c. Permanently and perpetually restraining and enjoining Defendants Sharyl Ross, Individually and as Executor of the Estate of Alan G. Ross; Jeffrey & Jeremy Ross Insurance Trust Dated 05-19-86, Trustee Unknown; Jeffrey Ross; and Jeremy Ross, or any person or entity claiming through them, from commencing or prosecuting any proceeding or claim in any federal, state or administrative court or other forum with respect to the insurance proceeds payable under the Policy and on account of the death of Alan G. Ross;

d. Excusing Transamerica Advisors Life Insurance Company from further attendance upon this cause and dismissing Transamerica Advisors Life Insurance Company from this cause with prejudice and with an express finding that, pursuant to Fed. R. Civ. P. 54(b), there is no just reason for delaying either the enforcement or appeal of this Order or both;

e. Requiring Defendants Sharyl Ross, Individually and as Executor of the Estate of Alan G. Ross; Jeffrey & Jeremy Ross Insurance Trust Dated 05-19-86, Trustee Unknown; Jeffrey Ross; and Jeremy Ross, or any person or entity claiming through them, to litigate their entitlement to the Policy proceeds among themselves and without further involving Transamerica Advisors Life Insurance Company; and

f. Awarding Transamerica Advisors Life Insurance Company its court costs and reasonable attorneys' fees incurred in connection with prosecuting this Complaint for Interpleader; and

g. Granting Transamerica Advisors Life Insurance Company such other and further relief as this Court deems just and appropriate.

**DATED:** **December 9, 2011**

Respectfully Submitted,

**TRANSAMERICA ADVISORS LIFE INSURANCE COMPANY**

By: /s/ Georgia L. Joyce
    One of Its Attorneys
    (IL Bar No. 6220339)

Elizabeth G. Doolin (IL Bar No. 6210558)
Georgia L. Joyce (IL Bar No. 6220339)
CHITTENDEN, MURDAY & NOVOTNY LLC
303 West Madison Street, Suite 1400
Chicago, Illinois  60606
Tel:  312.281.3600
Fax:  312.281.3678
edoolin@cmn-law.com
gjoyce@cmn-law.com

# CERTIFICATE OF SERVICE

I hereby certify that on **December 9, 2011,** a copy of the foregoing **Transamerica Advisors Life Insurance Company's Motion For Final Judgment Order In Interpleader** was filed electronically using the Court's CM/ECF E-filing system. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties of record may access this filing through the Court's system.

>Michael Winkelstein
>Rothman Law Group
>135 South LaSalle Street, Suite 2810
>Chicago, Illinois 60603
>**Attorney for Sharyl Ross**

All other parties were served by depositing same in the U.S. mail box located at 303 W. Madison Street, Chicago, Illinois, 60606, enclosed in an envelope, plainly addressed, with postage fully prepaid, before the hour of 5:00 p.m., this **9th day** of **December, 2011.**

>Jeffrey & Jeremy Ross Insurance Trust dated 05-19-86
>c/o Richard Fischman, CPA
>3255 N. Arlington Heights Rd.
>Arlington Heights, IL 60005

>Jeffrey Ross
>23065 Leonora Drive
>Woodland Hills, CA 91367

>Jeremy Ross
>261 Ave. E
>Coronado, CA 92118

>>/s/ Georgia L. Joyce   (IL Bar No. 6220339)
>>CHITTENDEN, MURDAY & NOVOTNY LLC
>>303 West Madison Street, Suite 1400
>>Chicago, Illinois  60606
>>(312) 281-3600
>>(312) 281-3678 (fax)
>>gjoyce@cmn-law.com